# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2750
Lower Tribunal No. 2023-CP-000182

_____

GREGG J. MURRAY,

Appellant,

v.

DOUGLAS J. MURRAY as Personal Representative of the ESTATE OF SANDRA HELEN MURRAY a/k/a SANDRA H. MURRAY, deceased,

Appellee.

_____

Appeal from the Circuit Court for Hendry County.
Darrell R. Hill, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and KAMOUTSAS, JJ., concur.


Gregg J. Murray, LaBelle, pro se.

Douglas J. Murray, LaBelle, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED